**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-08746 |
| | § | |
| LUIS A PEREZ | § | |
| AMY L. KULCZAK PEREZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $163,406.32 |
| Total Distributions to Claimants: | $4,632.72 | Claims Discharged Without Payment: | $42,226.52 |
| Total Expenses of Administration: | $2,497.28 | | |

3) Total gross receipts of $7,130.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,130.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,497.28 | $2,497.28 | $2,497.28 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $46,187.00 | $17,597.24 | $17,597.24 | $4,632.72 |
| **Total Disbursements** | $46,187.00 | $20,094.52 | $20,094.52 | $7,130.00 |

4). This case was originally filed under chapter 7 on 03/14/2016. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2017         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| $1630 preference to Bee Tattoo | 1241-000 | $1,630.00 |
| $2000 preferential repayment of loan from Amy's grandmother | 1241-000 | $2,000.00 |
| $3500 preferential payment to landlord | 1241-000 | $3,500.00 |
| **TOTAL GROSS RECEIPTS** | | $7,130.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,463.00 | $1,463.00 | $1,463.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $34.10 | $34.10 | $34.10 |
| Green Bank | 2600-000 | NA | $11.63 | $11.63 | $11.63 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $965.00 | $965.00 | $965.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $23.55 | $23.55 | $23.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,497.28 | $2,497.28 | $2,497.28 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-900 | $3,664.00 | $3,857.68 | $3,857.68 | $1,015.58 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $1,539.00 | $1,605.42 | $1,605.42 | $422.65 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $2,374.00 | $2,458.63 | $2,458.63 | $647.27 |
| 4 | Capital One, N.A. | 7100-900 | $1,893.00 | $1,951.69 | $1,951.69 | $513.81 |
| 5 | American Express Centurion Bank | 7100-900 | $3,198.00 | $3,252.90 | $3,252.90 | $856.37 |
| 6 | American Express Centurion Bank | 7100-900 | $1,106.00 | $1,200.87 | $1,200.87 | $316.15 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $3,151.00 | $3,270.05 | $3,270.05 | $860.89 |
| | Barclays Bank Delaware | 7100-000 | $1,984.00 | $0.00 | $0.00 | $0.00 |
| | Bk Of Amer | 7100-000 | $3,388.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $9,108.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $8,017.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $4,575.00 | $0.00 | $0.00 | $0.00 |
| | Macysdsnb | 7100-000 | $103.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Gap | 7100-000 | $1,121.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Gap | 7100-000 | $966.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $46,187.00 | $17,597.24 | $17,597.24 | $4,632.72 |

**UST Form 101-7-TDR (10/1/2010)**

Case 16-08746  Doc 36  Filed 11/13/17  Entered 11/13/17 14:16:42  Desc Main
Document      Page 5 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 16-08746 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | | | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 10/15/2017 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 09/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2004 JEEP LIBERTY (90k miles) | $2,000.00 | $0.00 | | $0.00 | FA |
| 2 | HOUSEHOLD FURNITURE | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | CLOTHING | $500.00 | $0.00 | | $0.00 | FA |
| 4 | 401(k) RETIREMENT PLAN THROUGH WORK | $60,000.00 | $0.00 | | $0.00 | FA |
| 5 | 401(k) Retirement plan through former employer | $96,000.00 | $0.00 | | $0.00 | FA |
| 6 | PRUDENTIAL WHOLE LIFE SPOUSE AND DEPENDENT CHILDREN | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(f) | | | | | |
| 7 | Chase Bank checking account (u) | $2,406.32 | $0.00 | | $0.00 | FA |
| Asset Notes: | Updated per amended schedules filed 4/19/16 (dkt 13) | | | | | |
| 8 | $3500 preferential payment to landlord (u) | $0.00 | $3,500.00 | | $3,500.00 | FA |
| 9 | $2000 preferential repayment of loan from Amy's grandmother (u) | $0.00 | $2,000.00 | | $2,000.00 | FA |
| 10 | $1630 preference to Bee Tattoo (u) | $0.00 | $1,630.00 | | $1,630.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $163,406.32 | $7,130.00 | | $7,130.00 | $0.00 |

---

**Major Activities affecting case closing:**

06/19/2017  2017 Reporting Period:
Trustee received final settlement payment on May 1, 2017.  Case is now paid in full.  Claims have been reviewed.

TFR submitted to UST for review 6/30/17.

06/22/2016  2016 Reporting Period:
Asset - $7130 in preferences, debtors to settle personally in monthly payments of $150.00, with the remaining balance to be paid from Debtors' 2016 tax refund.  Anticipate completion of payment plan in or around April, 2017.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-08746 | | | Trustee Name: | David Leibowitz |
| Case Name: | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | | | Date Filed (f) or Converted (c): | 03/14/2016 (f) |
| For the Period Ending: | 10/15/2017 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 09/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/17/2017   **Current Projected Date Of Final Report (TFR):**   /s/ DAVID LEIBOWITZ
                                                                                                                                         DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1   Exhibit 9

| Case No. | 16-08746 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7080 | | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***7081 | | Account Title: | Perez, Luis |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/14/2016 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (1 of 11) | | * | $150.00 | | $150.00 |
| | {10} | | (1 of 11) | $34.29 | 1241-000 | | | $150.00 |
| | {9} | | (1 of 11) | $42.08 | 1241-000 | | | $150.00 |
| | {8} | | (1 of 11) | $73.63 | 1241-000 | | | $150.00 |
| 07/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.13 | $149.87 |
| 08/15/2016 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (2 of 11) | | * | $150.00 | | $299.87 |
| | {10} | | (2 of 11) | $34.29 | 1241-000 | | | $299.87 |
| | {9} | | (2 of 11) | $42.08 | 1241-000 | | | $299.87 |
| | {8} | | (2 of 11) | $73.63 | 1241-000 | | | $299.87 |
| 08/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.36 | $299.51 |
| 09/08/2016 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (3 of 11) | | * | $150.00 | | $449.51 |
| | {10} | | (3 of 11) | $34.29 | 1241-000 | | | $449.51 |
| | {9} | | (3 of 11) | $42.08 | 1241-000 | | | $449.51 |
| | {8} | | (3 of 11) | $73.63 | 1241-000 | | | $449.51 |
| 09/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.68 | $448.83 |
| 10/17/2016 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (4 of 11) | | * | $150.00 | | $598.83 |
| | {10} | | (4 of 11) | $34.29 | 1241-000 | | | $598.83 |
| | {9} | | (4 of 11) | $42.08 | 1241-000 | | | $598.83 |
| | {8} | | (4 of 11) | $73.63 | 1241-000 | | | $598.83 |
| 10/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.78 | $598.05 |
| 11/15/2016 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (5 of 11) | | * | $150.00 | | $748.05 |
| | {10} | | (5 of 11) | $34.29 | 1241-000 | | | $748.05 |
| | {9} | | (5 of 11) | $42.08 | 1241-000 | | | $748.05 |
| | {8} | | (5 of 11) | $73.63 | 1241-000 | | | $748.05 |
| 11/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.05 | $747.00 |
| | | | **SUBTOTALS** | | | $750.00 | $3.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08746 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7080 | | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***7081 | | Account Title: | Perez, Luis |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2016 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (6 of 11) | * | $150.00 | | $897.00 |
| | {10} | | (6 of 11) $34.29 | 1241-000 | | | $897.00 |
| | {9} | | (6 of 11) $42.08 | 1241-000 | | | $897.00 |
| | {8} | | (6 of 11) $73.63 | 1241-000 | | | $897.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.29 | $895.71 |
| 01/16/2017 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (7 of 11) | * | $150.00 | | $1,045.71 |
| | {10} | | (7 of 11) $34.29 | 1241-000 | | | $1,045.71 |
| | {9} | | (7 of 11) $42.08 | 1241-000 | | | $1,045.71 |
| | {8} | | (7 of 11) $73.63 | 1241-000 | | | $1,045.71 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $1,044.15 |
| 02/21/2017 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (8 of 11) | * | $150.00 | | $1,194.15 |
| | {10} | | (8 of 11) $34.29 | 1241-000 | | | $1,194.15 |
| | {9} | | (8 of 11) $42.08 | 1241-000 | | | $1,194.15 |
| | {8} | | (8 of 11) $73.63 | 1241-000 | | | $1,194.15 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.58 | $1,192.57 |
| 03/21/2017 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (9 of 11) | * | $150.00 | | $1,342.57 |
| | {10} | | (9 of 11) $34.29 | 1241-000 | | | $1,342.57 |
| | {9} | | (9 of 11) $42.08 | 1241-000 | | | $1,342.57 |
| | {8} | | (9 of 11) $73.63 | 1241-000 | | | $1,342.57 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.14 | $1,340.43 |
| 04/14/2017 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (10 of 11) | * | $150.00 | | $1,490.43 |
| | {10} | | (10 of 11) $34.29 | 1241-000 | | | $1,490.43 |
| | {9} | | (10 of 11) $42.08 | 1241-000 | | | $1,490.43 |
| | {8} | | (10 of 11) $73.63 | 1241-000 | | | $1,490.43 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.06 | $1,488.37 |
| | | | **SUBTOTALS** | | $750.00 | $8.63 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-08746 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7080 | | | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***7081 | | | Account Title: | Perez, Luis |
| For Period Beginning: | 3/14/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/01/2017 | | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | Payment to settle $7130 in preferences (11 of 11) | * | $5,630.00 | | $7,118.37 |
| | {10} | | (11 of 11)   $1,287.10 | 1241-000 | | | $7,118.37 |
| | {9} | | (11 of 11)   $1,579.20 | 1241-000 | | | $7,118.37 |
| | {8} | | (11 of 11)   $2,763.70 | 1241-000 | | | $7,118.37 |
| 08/13/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $23.55; Distribution Dividend: 100.00%; | 3120-000 | | $23.55 | $7,094.82 |
| 08/13/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $965.00; Distribution Dividend: 100.00%; | 3110-000 | | $965.00 | $6,129.82 |
| 08/13/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,463.00 | $4,666.82 |
| 08/13/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $34.10 | $4,632.72 |
| 08/13/2017 | 3005 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: $3,857.68; Distribution Dividend: 26.33%; | 7100-900 | | $1,015.58 | $3,617.14 |
| 08/13/2017 | 3006 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $1,605.42; Distribution Dividend: 26.33%; | 7100-900 | | $422.65 | $3,194.49 |
| 08/13/2017 | 3007 | PYOD, LLC its successors and assigns as assignee | Claim #: 3; Amount Claimed: $2,458.63; Distribution Dividend: 26.33%; | 7100-900 | | $647.27 | $2,547.22 |
| 08/13/2017 | 3008 | Capital One, N.A. | Claim #: 4; Amount Claimed: $1,951.69; Distribution Dividend: 26.33%; | 7100-900 | | $513.81 | $2,033.41 |
| 08/13/2017 | 3009 | American Express Centurion Bank | Claim #: 5; Amount Claimed: $3,252.90; Distribution Dividend: 26.33%; | 7100-900 | | $856.37 | $1,177.04 |
| 08/13/2017 | 3010 | American Express Centurion Bank | Claim #: 6; Amount Claimed: $1,200.87; Distribution Dividend: 26.33%; | 7100-900 | | $316.15 | $860.89 |
| 08/13/2017 | 3011 | PYOD, LLC its successors and assigns as assignee | Claim #: 7; Amount Claimed: $3,270.05; Distribution Dividend: 26.33%; | 7100-900 | | $860.89 | $0.00 |

**SUBTOTALS**     $5,630.00     $7,118.37

FORM 2 Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-08746 | |
| **Case Name:** | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | |
| **Primary Taxpayer ID #:** | **-***7080 | |
| **Co-Debtor Taxpayer ID #:** | **-***7081 | |
| **For Period Beginning:** | 3/14/2016 | |
| **For Period Ending:** | 10/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4601 |
| **Account Title:** | Perez, Luis |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $7,130.00 | $7,130.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $7,130.00 | $7,130.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,130.00 | $7,130.00 | |

**For the period of 3/14/2016 to 10/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $7,130.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,130.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,130.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,130.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/14/2016 to 10/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $7,130.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,130.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,130.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,130.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5                Exhibit 9

| Case No. | 16-08746 | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | PEREZ, LUIS A AND KULCZAK PEREZ, AMY L. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7080 | | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***7081 | | Account Title: | Perez, Luis |
| For Period Beginning: | 3/14/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $7,130.00 | $7,130.00 | $0.00 |

| For the period of 3/14/2016 to 10/15/2017 | | For the entire history of the case between 03/14/2016 to 10/15/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $7,130.00 | Total Compensable Receipts: | $7,130.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,130.00 | Total Comp/Non Comp Receipts: | $7,130.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,130.00 | Total Compensable Disbursements: | $7,130.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,130.00 | Total Comp/Non Comp Disbursements: | $7,130.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ